**Michael Anthony ADKINS,
Plaintiff—Appellant,**

v.

**Mrs. GAINEY, R.N.; Ms. Stapps, R.N.;
James E. Dooley, Sheriff,
Defendants—Appellees.**

No. 05–6654.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2005.

Decided: July 1, 2005.

Michael Anthony Adkins, Appellant pro se.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Anthony Adkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm for the reasons stated by the district court. *See Adkins v. Gainey,* No. CA–05–200–7 (W.D.Va. Apr. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*